# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br>      Plaintiff,<br><br>v.<br><br>ROBERT J. O'NEILL, O'NEILL ENTERPRISES, LLC and STEPHEN MICHAEL HUMPHRIES,<br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.: 9:20-cv-3602-BHH<br><br><br>**CONSENT ORDER BY STIPULATION**<br>**(As to Steven Michael Humphries and Summary Judgement)** |

  WHEREAS, Defendant, Steven Michael Humphries (hereinafter "Humphries"), by and through his undersigned counsel, wishes to withdraw his claim on the Policies of Insurance (and renewals) enumerated in Plaintiff's Complaint (collectively as the "Policies");

  WHEREAS, Humphries concedes under the facts of this case that coverage is not available under the Policies under the facts of this case;

  WHEREAS, Auto-Owners Insurance Company ("Auto-Owners"), represents that the Policies are a full enumeration of all contracts for insurance between Auto-Owners (including any related/affiliated/subsidiary/etc. companies) and Defendants Robert J. O'Neill and/or O'Neill Enterprises, LLC

  WHEREAS, Auto-Owners, consents to the withdrawal of Humphries;

NOW THEREFORE, IT is Ordered as Follows:

1. Humphries counter-claim is dismissed with prejudice.
2. Auto-Owners' Motion for Summary Judgment is Granted as to Humphries; and
3. Humphries is dismissed from this Action.

  This Order does not affect the rights or responsibilities of Humphries' co-Defendants Robert J. O'Neill or O'Neill Enterprises, LLC, neither of whom have made an appearance in this action.  This Order does not in any way prejudice Humphries rights against Defendants Robert J. O'Neill or O'Neill Enterprises, LLC or any contract for insurance (or any other non-party) aside from the Policies issued by Auto-Owners.
IT IS SO ORDERED.

                  s/ Bruce Howe Hendricks
                  _____
                  Judge

WE CONSENT.

Dated: December 18, 2020

Beaufort, South Carolina

s/ Lucas M. Paulick
Lucas M. Paulick, Esquire
SC Bar No.100973; Fed. I.D. No. 11936
BERRY & CARR, P.C.
Attorneys at Law
1917 Lovejoy Street
Beaufort, SC 29902
Phone: (843) 524-9445
Facsimile: (877) 327-2097
Email: luke@hiltonheadlawyers.com
&
F. Heyward Grimball
RICHARDSON PLOWDEN & ROBINSON, P.A.
235 Magrath Darby Blvd., Suite 100
Mt. Pleasant, SC 29464
(843) 805-6550 FAX (843) 805-6599
fhgrimball@richardsonplowden.com

*Attorneys for Stephen Michael Humphries*

WALL, TEMPLETON & HALDRUP P.A.

s/ Morgan S. Templeton
Morgan S. Templeton (Fed ID# 7187)
145 King Street, Suite 302
Post Office Box 1200
Charleston, South Carolina  29402
(843) 329-9500